UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80638-CIV-DIMITROULEAS

LARRY DONNELL JONES,

Magistrate Judge White

    Plaintiff,

vs.

RALPH THOMAS, ET AL.,

    Defendants.
_____/

### ORDER APPROVING REPORT AND RECOMMENDATION
### ORDER DISMISSING COMPLAINT FOR FAILURE TO STATE A CLAIM

THIS CAUSE is before the Court upon the Report and Recommendation [DE 7] of Magistrate Judge Patrick A. White, filed July 24, 2008.  The Court notes that the Plaintiff, Larry Donnell Jones, has not filed any objections to the Report and Recommendation, and that the time for filing such objections has passed.

Even though no timely objections were filed, the Court has conducted a *de novo* review of the Report and Recommendation [DE 7], the underlying complaint [DE 1] and is otherwise fully advised in the premises.  This Court agrees with the reasoning and analysis of the Magistrate Judge that the instant Complaint is dismissed for failure to state a claim.  In his Complaint, the Plaintiff fails to complain of anything that would provide grounds for federal jurisdiction under § 1983.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation [DE 7] is hereby **ADOPTED**;

2. The Complaint [DE 1] in this case is hereby **DISMISSED, without prejudice**, pursuant to 28 U.S.C. §1915(e)(2)(B)(ii), because it fails to state a claim upon which relief may be granted;

3.   The Clerk may close this case;

4.   All other pending motions are denied as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 12th day of August, 2006.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Magistrate Judge White

Larry Donnell Jones
DC No. 184221
Dade Correctional Institution
19000 S.W. 377th Street
Florida City, FL 33034-6499